**No. 58637.**—Air Express International Agency, Inc. *v.* United States, protest 228663–K (New York).

Opinion by Johnson, J. An examination of the record failing to disclose any evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.